IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-36-D

JACQUELINE C. CLARK,                    )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )
                                        )
NANCY A. BERRYHILL,                     )
Acting Commissioner of Social Security, )
                                        )
        Defendant.                      )

ORDER

This matter is before the Court on plaintiff's Motion for Summary Judgment and

defendant's Motion for Remand to the Commissioner. Plaintiff's counsel consented to the

defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's

decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for

further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501

U.S. 89 (1991).

SO ORDERED. This __8__ day of __~~April~~ May__ 2018.


_____
JAMES C. DEVER III
Chief United States District Judge