UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NORTH CAROLINA
                         NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE C CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 2:17-CV-36-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $3,510.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood and mailed to his office at P.O. Box 10629, Raleigh, NC 27605 in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.


**This Judgment Filed and Entered on August 10, 2018, and Copies To:**
Derrick Kyle Arrowood                    (via CM/ECF electronic notification)
Mark J. Goldenberg                       (via CM/ECF electronic notification)
Cassia W. Parson                         (via CM/ECF electronic notification)


DATE:                                    PETER A. MOORE, JR., CLERK
August 10, 2018                          (By) /s/ Nicole Sellers
                                         Deputy Clerk