UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE CLARK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 2:17-CV-36-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under section 206(b) of the Act, 42 U.S.C. § 406(b), in the amount of $ 17,000.00 and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on July 20, 2020, and Copies To:**
| | |
|---|---|
| Derrick Kyle Arowood | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
July 20, 2020  (By) /s/ Nicole Sellers
Deputy Clerk